JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 447 -- In re Cuisinart Food Processor Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/10/21 | 1 | MOTION, BRIEF, SCHEDULE, AND EXHIBITS A THROUGH R w/cert. svc. for Cuisinarts, Inc. (ds) <br> Suggested Transferee District: District of Connecticut |
| 80/10/31 | | APPEARANCES: IRA B. ROSE, ESQ. for Frances Nathan and Fred Cohn; JERRY S. COHEN, ESQ. for Marc A. Busman, et al.; STEVEN M. KIPPERMAN, ESQ. for Tille Lee Louie and Basic Living Products, Inc.; R̶O̶B̶E̶R̶T̶X̶R̶E̶ J. THOMAS HANNAN, ESQ. for Robert Reynolds, et al.; O. MERRITT BURRUS, II, ESQ. for Belle Linda Gayer, et al.; EDWARD F. HABER, ESQ. for Renee Logan; ARTHUR M. HANDLER, ESQ. for Cuisinarts, Inc., Carl G. Sontheimer, Shirley M. Sontheimer; STEVEN D. McCORMICK, ESQ. FOR Def. Marshall Field & Co., Inc. X̶K̶X̶X̶X̶ MICHAEL J. FREED, ESQ. for Crate & Barrel, Inc., AARON M. GREENBERG, ESQ. for James D. Mah Associates; Don T. Hibner, Esq. for Deft. J.W. Robinson Co. (cds) |
| 80/11/3 | | APPEARANCES: Myron M. Cherry, Esq. for Gloria Ehrlich, et al. and Janet Bebber Bahr, et al.; H. Laddie Montague, Jr., Esq. for Frederick Blum; Richard A. Dinnebier, Esq. for Hardwick Townsend, Inc. (cds) |
| 80/11/03 | 2 | REQUEST FOR EXTENSION OF TIME -- Pltfs. Bahr and Ehrlich -- GRANTED TO ALL TO AND INCLUDING NOV. 12, 1980 -- Notification mailed to all counsel. (rew) |
| 80/11/03 | 3 | REQUEST FOR EXTENSION OF TIME -- Deft. Crate & Barrell, Inc. GRANTED TO ALL TO AND INCLUDING NOV. 12, 1980 -- Notification mailed to all counsel (rew) |
| 80/11/04 | 4 | RESPONSE -- Plfts. Louie and Basic Living Products, Inc. -- w/Exhibit and cert. of svc. (emh) |
| 80/11/05 | | HEARING ORDER -- Setting motion of Cuisinarts, Inc. for transfer of A-1 through A-10. Hearing set for West Palm Beach, Fla. on Dec. 9, 1980. Notified counsel, clerks and judges. (rew) |
| 80/11/05 | 5 | RESPONSE/BRIEF -- All Pltfs. Reynolds, et al. -- w/Exhibit and cert. of svc. (emh) |
| 80/11/05 | 6 | RESPONSE -- Pltf. Belle Linda Gayer -- w/cert. of svc.(emh) |
| 80/11/06 | 7 | RESPONSE/BRIEF -- Pltf. Blum -- w/cert. of svc. (emh) |
| 80/11/07 | 8 | LETTER OBJECTING TO REQUEST FOR EXTENSION OF TIME -- Counsel for Cuisinarts, Inc. (signed by Mr. Handler (emh) |
| 80/11/10 | 9 | RESPONSE -- Renee Logan -- w/cert. of svc. (emh) |
| 80/11/10 | 10 | RESPONSE/BRIEF -- Deft. J.W. Robinson -- w/cert. of of service (emh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| | | **Pltf. Bahr and Pltf. Ehrlich** |
| 80/11/12 | 11 | RESPONSE/BRIEF -- ~~Pltf. Janet Weber~~ -- w/Exhibits and cert. of svc. (emh) |
| 80/11/12 | 12 | RESPONSE -- Pltf. Fred Cohn and Frances Nathan -- w/cert. of svc. (emh) |
| 80/11/13 | 13 | JOINT RESPONSE/BRIEF -- Marshall Field & Co. and Crate & Barrel, Inc. -- w/Affadivits and cert. of svc. (emh) |
| 80/11/14 | 14 | RESPONSE -- Pltfs. Busman and Sacarob -- w/cert. of svc. (emh) |
| 80/11/17 | | AMENDED CERT. OF SVC. (Pleading No. 13) -- Marshall Field & Co. and Crate & Barrell, Inc. (emh) |
| 80/11/17 | 15 | RESPONSE -- Deft. James D. Mah - w/cert. of svc. (emh) |
| 80/11/19 | 16 | REPLY/BRIEF -- Cuisinarts, Inc. - w/cert. of svc. (emh) |
| 80/11/19 | 17 | AMENDED MOTION to add two additional actions -- Cuisinarts, Inc. -- w/Exhibits and cert. of svc. (emh) |
| 80/12/1 | 18 | LETTER -- pltf. Reynolds -- dated 11/25/80 -- re developments in action service indicated. (ds) |
| 80/12/01 | 19 | LETTER -- pltfs. Louie and Basic -- recent developments -- no service (cds) |
| 80/12/02 | 20 | RESPONSE TO SUPPLEMENTAL MOTION -- Pltf. Eisenberger -- w/Exhibits A - E and cert. of serv. (cds) |
| 80/12/05 | | WAIVER OF ORAL ARGUMENT -- BELLE LINDA GAYER, ETC., ~~(cds)~~ ROBERT REYNOLDS, ET AL., MARSHALL FIELD & CO., TOWNSEND/HARDWICK, JAMES D. MAH ASSOCIATES, and FRED COHN, ET AL.(cds) |
| 80/12/05 | | HEARING APPEARANCES: ARTHUR HANDLER, ESQ. FOR Cuisinarts, Inc., Carl Sontheimer and Shirley Sontheimer; H. LADDIE MONTAGUE, JR., ESQ. FOR Plaintiff Blum; JERRY COHEN, ESQ. FOR Marc Busman, et al. and Joan Sacarob, et al.; EDWARD HABER, ESQ. FOR Renee Logan; MYRON M. CHERRY, ESQ. FOR Gloria Ehrlich and Janet Weber Bahr; MICHAEL J. FREED, ESQ. FOR Crate and Barrel, Inc.; and STEVEN M. KIPPERMAN, ESQ. FOR Tillie Lee Louie and Basic Living Products, Inc. (cds) |
| 80/12/08 | 21 | RESPONSE -- pltfs. The Commonwealth of Massachusetts w/cert. of svc. (ds) |
| 80/12/12 | 22 | LETTER - Basic & Louie re recent developments in Basic- stayed - Louie - remanded to State Court and Reynolds - remanded to State Court w/Northern California Order. (ds) |
| 80/12/12 | 23 | LETTER - Cuisinarts re recent development Louie - remanded to State Court and Gayer (S. Cal.) - remand motion withdrawn. (ds) |
| 80/12/09 | 24 | (Filed in Open Court) Copy of Defendant Cruisinarts, Inc. ANSWER TO COMPLAINT filed in E.D. Virginia. Re: A-3. (ds) |

JPML FORM 1A  P.3

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 447 -- In re Cuisinart Food Processor Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/01/16 | | CONSENT OF TRANSFEREE COURT for assignment of litigation to the Honorable Jose A. Cabranes. (emh) |
| 81/01/16 | | OPINION AND ORDER transferring A-4, A-7 thru A-10 to the District of Connecticut for coordinated or consolidated pretrial proceedings. (emh) |
| 81/02/23 | | CONDITIONAL TRANSFER ORDERS FILED TODAY.<br>A-11 Eisenberger v. Cuisinarts, Inc., N.Y.,S., 80-6130<br>A-12 Mass. v. Cuisinarts, Inc., Mass, 80-2430-K<br>B-13 Harwood v. Federated, N.Y.,S., 80-6622<br>B-14 Archer v. Federated, N.Y.,S. 80-6740<br>Notified counsel, involved judges. (rew) |
| 81/03/11 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY --<br>A-11 Eisenberger v. Cuisinarts, S.D.N.Y., 80-Civ.6130(MJL<br>A-12 Commonwealth of Mass., et al. v. Cuisinarts, D.Mass. 80-2430-K<br>B-13 Harwood, etc. v. Federated Dept. Stores, Inc., S.D.N.Y., 80-Civ.6622<br>B-14 Archer v. Federated Dept. Stores, Inc., et al. S.D.N.Y., 80-Civ.6740<br>Notified involved clerks and judges. (ea) |
| 81/04/03 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-15 Schenk v. Sontheimer, et al., S.D. New York, C.A. No. 81-CIV-6151 (ML). Notified involved counsel & judges. (ds) |
| 81/04/09 | | CORRECTION ORDER -- Correcting civil action number in B-15 from 81 Civ 6151 to 81 Civ 1651. Notified involved counsel and judges. (ds) |
| 81/04/21 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-15 Schenk v. Sontheimer, et al., S.D.N.Y., 81-CIV-1651(ML) -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 447 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Cuisinart Food Processor Antitrust Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 12/9/80 | 1/16/81 | O&O | 506 F.Supp. 651 | D. Connecticut | Jose A. Cabranes | |

Special Transferee Information

Hartford Ofc.
Ann Greco.
722-2062

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 447 -- In re Cuisinart Food Processor Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Fred Cohn, et al., etc. v. Cuisinarts, Inc. | D.Conn. Daly | B80-444 | NTN | | 10/24/83 D | |
| A-2 | Frederick Blum v. Cuisinarts, Inc. | D.Conn. Cabranes | B80-610 | NTN | | 10/24/83 D | |
| A-3 | Joan Sacordo, et al. ~~Marc A. Busman, et al.~~ v. Cuisinarts, Inc. | D.Conn. ~~E.D.Va.~~ Bryan | ~~CA80-905A~~ H81-25 | NTN | | 6/11/81 D | trans to Conn. 1/16/81 |
| A-4 ✓ | Basic Living Products, Inc., etc. v. Cuisinarts, Inc. | N.D.Cal. Wollenberg | C80-3781-AC | JAN 16 1981 | 81-102 | 4/11/84 D | |
| A-5 | Tillie Lee Louie, etc. v. Cuisinarts, Inc. | N.D.Cal. Aguilar | C80-3929-RPA | | | | remanded to state court |
| A-6 | Robert Reynolds d/b/a Douglas Gardens, etc., et al. v. Cuisinarts, Inc. | N.D.Cal. Williams | C80-3930-SW | | | | remanded to state court |
| A-7 | Belle Linda Gayer, etc. v. Cuisinarts, Inc. | S.D.Cal. Thompson | 80-1675-GT(M) | JAN 16 1981 | H-81-7 | 10/24/83 D | |
| A-8 ✓ | Janet Webber Bahr, etc. v. Marshall Field & Co., Inc. | N.D.Ill Flaum | 80C5227 | JAN 16 1981 | H81-247 | 5/8/84 D | |
| A-9 ✓ | Gloria Ehrlich, etc. v. Crate & Barrel Inc. | N.D.Ill Bua | 80C5228 | JAN 16 1981 | H81-275 | 5/8/84 D | |
| A-10 | Renee Logan v. Cuisinarts, Inc. | Mass. Skinner | 80-2257-S | JAN 16 1981 | H-81-68 | 6/11/ D | |

DOCKET NO. 447 -- In re Cuisinart Food Processor Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-11 | Agnes Eisenberger v. Cuisinarts, Inc. 2/23/81 | S.D.N.Y. Lowe | 80 Civ 6130(MJL) | MAR 11 1981 | H81-194 | 10/24/83 D | |
| A-12 | Commonwealth of Massachusetts, et al. v. Cuisinarts, Inc. 2/23/81 | D.Mass. Keeton | 80-2430-K | MAR 11 1981 | H81-193 | 10/24/83 D | |
| B-13 | Robert I. Harwood, etc. v. Federated Department Stores, Inc. 2/23/81 | S.D.N.Y. Cannella | 80 Civ 6622 | MAR 11 1981 | H81-195 | 10/24/83 D | |
| B-14 | Yvonne S. Archer v. Federated Dept. Department Stores, Inc., et al. 2/23/81 | S.D.N.Y. Gagliardi | 80 Civ 6740 | MAR 11 1981 | H81-196 | 10/24/83 D | |
| B-15 | Audrey Schenk v. Carl Sontheimer, et al. 4/3/81 | S.D.N.Y. Lowe | 81-Civ-1651 | 4/21/81 | H81-298 | 6/11/84 D | |
| XYZ-16 | State of New Jersey, et al. v. Cuisinarts, Inc., et al. | D. Conn. | 81-170 | | | 10/24/83 D | |

July 1981 — 10 TR / 3 XYZ / 13 Reg.
July 1982 —
July 1983 — 11 TR / 1 Reinstated / 12 Reg.
July 1984 — 12 Dis / Docket Closed 5/8/84

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 447 -- IN RE CUISINART FOOD PROCESSOR ANTITRUST LITIGATION

---

FRED COHN, ET AL. (A-1)
Ira B. Rose, Esq.
Phillips, Nizer, Benjamin, Krim,
  & Ballon
40 West 57th Street
New York, New York  10019

FREDERICK BLUM (A-2)
H. Laddie Montague, Jr., Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103

DONALD A. SACAROB (A-3)
Jerry S. Cohen, Esq.
Kohn, Milstein & Cohen
1776 K Street, N.W.
Washington, D. C.  20006

BASIC LIVING PRODUCTS, INC. (A-4)
Steven M. Kipperman, Esquire
407 Sansome St., Suite 400
San Francisco, Calif. 94111

BELLE LINDA GAYER, ETC. (A-7)
O. Merritt Burrus, II, Esq.
1200 Third Avenue
Suite 1100
San Diego, Calif.  92101

JANET WEBBER BAHR, ETC. (A-8)
GLORIA EHRLICH, ETC. (A-9)

Myron M. Cherry, Esq.
Cherry & Flynn
One IBM Plaza, Suite 4501
Chicago, Illinois  60611

RENEE LOGAN (A-10)
Edward F. Haber, Esq.
33 Broad Street
Boston, Mass.  02109

CUISINARTS, INC.
CARL G. SONTHEIMER
SHIRLEY M. SONTHEIMER
Arthur M. Handler, Esq.
Golenbock and Barell
645 Fifth Avenue
New York, New York  10022

MARSHALL FIELD & CO., INC.
Steven D. McCormick, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois  60601

CRATE & BARREL, INC.
Michael J. Freed, Esq.
135 South LaSalle Street
Chicago, Illinois  60603

JAMES D. MAH ASSOCIATES
Aaron M. Greenberg, Esq.
Phillips, Cohn & Greenberg
One Maritime Plaza, Suite 725
San Francisco, Calif.  94111

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 447 -- IN RE CUISINART FOOD PROCESSOR ANTITRUST LITIGATION

---

J. W. ROBINSON COMPANY
Don T. Hibner, Jr., Esq.
Sheppard, Mullin, Richter & Hampton
333 South Hope Street - 48th Floor
Los Angeles, Calif. 90071

HARDWICK TOWNSEND, INC.
Richard A. Dinnebier, Esq.
888 North Main Street
Suite 904
Santa Ana, California 92701

AGNES EISENBERGER (A-11)
Robert N. Kaplan, Esquire
Kaplan, Kilsheimer & Foley
122 East 42nd Street
New York, New York 10168

COMMONWEALTH OF MASSACHUSETTS, ET AL. (A-12)
Alan L. Kovacs, Esquire
One Ashburton Place, Room 1902
Boston, Massachusetts 02108

ROBERT I. HARWOOD (B-13)
Kass, Goodkind, Wechsler & Labaton
122 East 42nd Street
New York, New York 10168

YVONNE S. ARCHER (B-14)
James Finch, Esquire
Kirkwood, Kaplan, Russin & Vecchi
Gulf & Western Bldg.,
6th Floor
15 Columbus Circle
New York, New York 10023

Jerome S. Wagshal, Esquire
1218 Sixteenth Street, N.W.
Washington, D. C. 20036

Beverly C. Moore, Jr., Esquire
4420 Connecticut Ave., N W.
Suite 228
Washington, D. C. 20008

FEDERATED DEPARTMENT STORES
(Deft. B-13 & B-14)
Daniel H. Margolis, Esquire
Bergson, Borkland, Margolis & Adler
11 Dupont Circle
Washington, D. C. 20036

AUDREY SCHENK (B-15)
Ira Jay Sands, Esquire
515 Madison Avenue
New York, New York 10022

Jerry Lash
Sales Manager of Cuisinarts, Inc.
411 West Putnam Avenue
Greenwich, Connecticut

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 447 -- In re Cuisinart Food Processor Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Cuisinarts, Inc. | A-1; A-2; A-3; A-4; A-5; A-6; A-7, A-10 A-11; A-13; B-14, B-15 |
| Marshall Field & Co., Inc. | A-8 |
| Crate & Barrel, Inc. | A-9 |
| Carl G. Sontheimer | A-1, A-15 |
| Shirley M. Sontheimer | A-1 |
| James D. Mah Assoc. | A-6 |
| Hardwick Townsend | A-6 |
| J. W. Robinson, Inc. | A-7 |
| Federated Dept. Stores | B-13; B-14 |
| Jerry Lash | B-15 |